UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stacey Hessler,

                Plaintiff,

-against-

The City of New York,
P.O. Daniel Jasinski,
Lt. John Hall and
P.O. Maria McSweeny,

                Defendants.

PLAINTIFF'S PROPOSED QUESTIONS FOR VOIR DIRE

13-cv-0821 (NRB)

      Plaintiff, Stacey Hessler, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, submits the following proposed questions for *voir dire:*

1. Please state your full name and county of residence.

2. What kind of work do you do? (if retired, what was the last type of work you did?)

3. What is your job title?

4. Please state any other jobs you have had in the last ten years.

5. Where do you live? How long have you lived there? Do you rent or own?

6. What is your highest level of education?

7. Are you married or do you live with someone? If so, what kind of work does that person do? (If he/she is retired, what kind of work did he/she do prior to retirement?)

8. Do you have any children? If so, how old are your children?

9. If you have children, do your children work? If so, what kind of work do your children do? (If your children are retired, what kind of work did they do prior to retirement?)

10. Do you have any hobbies? If so, what are they?

11. Do you read any newspapers or magazines, or watch any television or cable news

shows? If so, what are they?

12. Have you ever served on a jury before? If so, please state the type of case (civil or criminal, and if criminal, the type of crime charged), whether it was in state or federal court, and if a verdict was reached. (Do not tell us what the verdict was).

13. Have you ever served on a grand jury?

14. Have you ever served in the armed forces?

15. Do you ever watch television shows or movies about law enforcement, lawyers or trials? If so, can you put aside any expectations you might have about this trial that are based on what you've seen on television or in the movies?

16. Is any member of your family or are any of your close friends a lawyer? If yes, please describe your relationship to each such person and the type of law that person practices.

17. Have you or anyone in your family ever been employed by a local, state or federal agency? If so, please describe. If so, would that prevent you from sitting impartially on this panel?

18. Have you or anyone you know ever been employed by the City of New York or a law enforcement agency? If so, what positions were held and when?

19. Have you, or has any member of your family, or have any of your friends ever worked for the New York City Police Department or any other New York City Agency? If so, what positions were held and when?

20. Do you know the plaintiff, Stacey Hessler, who is bringing this lawsuit?

21. Defendant Officers John Hall, Daniel Jasinski and Maria McSweeny are represented by Andrew Lucas, Joshua Lax and Dara Lynn Weiss. Do you know or have you heard of any of these people?

22. Do you know or are you acquainted with any of the following witnesses who may be called to testify or whose name you may hear mentioned in this case?

    a. Stacey Hessler

b. Lt. John Hall

        c. Officer Maria McSweeny

        d. Officer Daniel Jasinski

        e. Officer Blanck

        f. Officer Sciacca

        g. Frank Piazza

25. Have you or any family member ever been arrested? If yes, what were the circumstances and the outcome? Did it affect your opinion about law enforcement officers? [Please discuss privately outside the presence of the other prospective jurors.]

26. Have you, a family member, or anyone you know ever had an encounter with any law enforcement officers? If so, describe the circumstances. Did it affect your opinion about law enforcement officials? [Please discuss privately outside the presence of the other prospective jurors.]

27. Have you, a family member, or anyone you know ever had any interaction with the New York City Police Department or its officers and staff? If so, describe the circumstances. Would it affect your opinion of the New York City Police Department and its staff or of this trial? [Please discuss privately outside the presence of the other prospective jurors.]

28. Have you ever made a complaint against a law enforcement officer? If yes, describe the circumstances and the outcome of the complaint. [Please discuss privately outside the presence of the other prospective jurors.]

29. Have you or any family member ever been involved in a lawsuit? If yes, what were the circumstances and the outcomes.

30. Have you ever been a witness for a party bringing a lawsuit? If yes, please describe the case and the nature of your testimony. Would anything about that experience influence you in reaching a decision in this case?

31. Do you have any bias against the New York City Police Department ("NYPD") or its

officers and staff or any other law enforcement agency? [If so, please discuss privately outside the presence of the other prospective jurors.]

32. If, after hearing the evidence and the instructions of the judge, you found that the plaintiff may have been injured, but that plaintiff failed to prove injuries resulted from any unlawful conduct by the defendants, would you hesitate to return a verdict for the defendants? If so, why?

33. Would you be able to evaluate each witness' credibility objectively, without bias or prejudice?

34. Do you have any reason to believe that anything in your life experience would tend to make you partial to one side or the other in this case?

35. Will you be able to deliberate based solely on the evidence presented at trial and not based on any other information?

36. Will you be able to decide the case solely on the evidence introduced and the instructions the judge will give you concerning the law, whether you agree with the law or not?

37. Is there anything which has not been asked which you want to tell the Court which might be a factor in your ability to be fair and impartial in this case?

38. If you were one of the parties to this case, is there any reason why you would be hesitant to have the case heard by a juror in your frame of mind?

39. Do you have any opinions about occupy wall street?

40. Does any member of your family work in finance or banking?

41. Did you ever participate in a political protest?

42. Do you think that the constitution of the United States is an important document?

43. Do you think there are too many or not enough lawsuits?

44. Do you have any issue with awarding money in the event you find Ms. Hessler has proven her case?

The plaintiff also requests twenty minutes to question the jurors to follow up and clarify any

answers they may give in response to these questions.

Dated: 8/17/2015

Brooklyn, New York

Paul A. Hale, Esq.

Adam J. Roth, Esq.